UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT M CALLAHAN,

    PLAINTIFF,

-vs-                                                  Case No. 5:16-cv-00336-WTH-GRJ

FEDERAL BUREAU OF PRISONS,

    DEFENDANT.
_____/

## **ORDER ACCEPTING REPORT AND RECOMMENDATION AND DENYING EMERGENCY PETITION FOR TEMPORARY INJUNCTIVE RELIEF**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation ECF No. 3. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order. The Clerk is directed to enter a judgment stating as follows: "The Emergency Petition for Temporary Injunctive Relief, ECF No. 1, is DENIED." The Clerk is directed to close the file.

    IT IS SO ORDERED.

    DONE and ORDERED at Gainesville, Florida this 26th day of June, 2017.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE